IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| GARLAND P. NORMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 11-03188-CV-S-JTM |
| ) | |
| CAROLYN J. COLVIN, Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is the MOTION FOR APPLICATION OF ATTORNEY'S FEES UNDER EQUAL ACCESS FOR JUSTICE ACT [Doc. 21]. The motion is granted but with adjustments made to the exact amount of attorney's fees and expenses awarded. The Equal Access to Justice Act authorizes an award of fees in amounts that are "reasonable." 28 U.S.C. § 2412(d)(2)(A). For the reasons set out in the government's briefing on the fee request in this particular case, the Court awards the following fees and expenses which are found to be reasonable: $5,484.20 for attorney's fees and $37.61 for expenses.

                                                          */s/ John T. Maughmer*
                                                          **John T. Maughmer**
                                                    **United States Magistrate Judge**